No. 88–333.   ALABAMA v. SMITH.   Sup. Ct. Ala.   [Certiorari granted, 488 U. S. 1003.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–348.   NEW ORLEANS PUBLIC SERVICE INC. v. COUNCIL OF THE CITY OF NEW ORLEANS ET AL.   C. A. 5th Cir.   [Certiorari granted, 488 U. S. 1003.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–420.   JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN AT MOBERLY v. THOMAS.   C. A. 8th Cir. [Certiorari granted, 488 U. S. 1003.]   Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 88–515.   SABLE COMMUNICATIONS OF CALIFORNIA, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 88–525.   FEDERAL COMMUNICATIONS COMMISSION ET AL. v. SABLE COMMUNICATIONS OF CALIFORNIA, INC.   D. C. C. D. Cal.   [Probable jurisdiction noted, 488 U. S. 1003.]   Motion of Citizens for Decency Through Law, Inc., et al. for leave to file a brief as *amici curiae* in No. 88–525 granted.   Motion of Minority Members of the Committee on Energy and Commerce of the United States House of Representatives for leave to file a brief as *amicus curiae* granted.

No. 88–605.   WEBSTER, ATTORNEY GENERAL OF MISSOURI, ET AL. v. REPRODUCTIVE HEALTH SERVICES ET AL.   C. A. 8th Cir.   [Probable jurisdiction noted, 488 U. S. 1003.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–616.   SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES v. HUDSON.   C. A. 11th Cir.   [Certiorari granted *sub nom. Bowen, Secretary of Health and Human Services* v. *Hudson,* 488 U. S. 980.]   Motion of the Acting Solicitor General to permit Amy L. Wax, Esq., to present oral argument *pro hac vice* denied.